JS - 6/ENTER

FILED
MAR - 8 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ROMILIEN A. FLEMING,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SANDOR, Warden,<br><br>    Respondent. | Case No.   SACV 11-0024-GAF (MLG)<br><br>JUDGMENT |

   IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 7, 2011

_____
Gary A. Feess
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___